**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HAROLD VELEZ,**

    **Plaintiff,**　　　　　　　　　　Case No.　　6:19-cv-00387-PGB-DCI

**v.**

**FLAGSHIP CREDIT ACCEPTANCE, LLC,**

    **Defendant.**
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiff, **HAROLD VELEZ** ("Plaintiff"), and Defendant, **FLAGSHIP CREDIT ACCEPTANCE, LLC** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **November 5, 2019**,

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Derek Kyle Mountford* |
| Kaelyn Steinkraus, Esq. | Derek Kyle Mountford |
| Florida Bar No. 125132 | Florida Bar No. 127172 |
| Law Office of Michael A. Ziegler, P.L. | Holland & Knight, LLP |
| 2561 Nursery Road, Suite A | 50 N Laura St., Suite 3900 |
| Clearwater, FL 33764 | Jacksonville, FL 32202 |
| (P) 727-538-4188 | 904/798-5443 |
| (F) 727-362-4778 | Email: derek.mountford@hklaw.com |
| Kaelyn@attorneydebtfighters.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this **05** day of **November, 2019**, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                */s/ Kaelyn Steinkraus*
                Kaelyn Steinkraus, Esq.
                Florida Bar No. 125132