UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAROLD VELEZ,

        Plaintiff,

v.                                        Case No: 6:19-cv-387-Orl-40DCI

FLAGSHIP CREDIT ACCEPTANCE, LLC,

        Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 20), filed November 5, 2019. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on November 6, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties